IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR267 |
| vs. | |
| CHAD E. SNIPES, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Chad E. Snipes's ("Snipes") objection (Filing No. 48) to the magistrate judge's[1] February 6, 2017 order denying Snipes further pretrial release after he violated the conditions of his release and fled from the United States Marshals. Having reviewed the evidence and the transcript of the proceedings before the magistrate judge, the Court agrees with the magistrate judge that Snipes presents a flight risk and should remain in custody pending trial.

In consideration of the foregoing, it is hereby ordered that Snipes's "Objection and Appeal to Magistrate Judge's Order Denying Further Pretrial Release" (Filing No. 48) is OVERRULED.

Dated this 10th day of February, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge

---

[1] The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska.