IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHAD E. SNIPES,<br><br>                Defendant. | **8:16CR267**<br><br>**ORDER** |

This matter is before the Court on defendant Chad E. Snipes's ("Snipes") Second Objection and Appeal to Magistrate Judge's Order Denying Further Pretrial Release (Filing No. 58). Snipes objects to the magistrate judge's[1] denial of further pretrial release for Snipes after his pretrial release was revoked for violating the conditions of his release and fleeing from the United States Marshals (Filing No. 42). Snipes had previously moved for release on the same grounds (Filing No. 44); the magistrate judge denied his motion (Filing No. 46), and this Court overruled his objection (Filing No. 49).

Having reviewed the evidence and the transcript of the proceedings before the magistrate judge, and noting that the government and Pretrial Services oppose release, the Court agrees with the magistrate judge that Snipes still presents a flight risk and should remain in custody pending trial. Accordingly, Snipes's Second Objection and Appeal to Magistrate Judge's Order Denying Further Pretrial Release (Filing No. 58) is overruled.

IT IS SO ORDERED.
Dated this 7th day of March, 2017.

                                                BY THE COURT:

                                                s/ *Robert F. Rossiter, Jr.*
                                                United States District Judge

---

[1] The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska.